# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) | |
| v. | ) | |
| Zukai He | ) | Case No. 3:25-mj-00612-MMS |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about an unknown date but beginning no later than November 11, 2023, and continuing through September 8, 2025, in the District of Alaska and elsewhere, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) | Conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine, its salts, isomers, or salts of its isomers |

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

Alexander Laumb
Digitally signed by Alexander Laumb
Date: 2025.09.26 17:23:15 -08'00'

*Complainant's signature*

USPI Alexander Laumb, United States Postal Inspection Service
*Printed name and title*

Signed electronically and sworn telephonically.

Date: September 26, 2025

City and state: Anchorage, Alaska

Hon. Matthew M. Scoble, U.S. Magistrate Judge
*Printed name and title*